United States District Court
Southern District of Texas
**ENTERED**
December 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JORGE RAFAEL CAVAZOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:23-CV-00052 |
| | § | |
| JKZ ENTERPRISES, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is the parties' stipulation of dismissal with prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 9); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **ORDERED** to **CLOSE** this case. The parties shall be responsible for their own attorney's fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
  December 15th, 2023